## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | | |
|---|---|---|
| MICHAEL CEURIC, MICHAEL CARNLEY, and BRANDON FINK, Individually and behalf of all others similarly situated | § § § § | Docket No. 2:17-cv-01240 |
| Plaintiff, | § § | JURY TRIAL DEMANDED |
| v. | § § § | CLASS/COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)/ |
| TIER ONE, LLC D/B/A TIER 1 RENTAL AND DISTRIBUTION | § § § | FED. R. CIV. P. 23 |
| Defendant. | § § | |

### CEURIC'S MOTION TO COMPEL SUBPOENA RESPONSES AND DOCUMENTS FROM BOS SOLUTIONS, INC.

Plaintiff Michael Ceuric ("Ceuric") needs FLSA discovery to address the issues in this case, and Defendant Tier One, LLC ("Tier One") has pointed the finger at third-party BOS Solutions, Inc. ("BOS) as the entity with many of the answers. For that reason, on February 19, 2018, Ceuric served a subpoena upon BOS for information relevant to this matter. BOS submitted objections on February 28, 2018, in which it refused to answer any of the questions and provided no documents. Ceuric's counsel attempted to resolve the matter without court intervention, but the parties were unable to do so. Ceuric now appeals to the court to compel BOS to provide the information and documents that he needs to pursue his claims against Tier One.

Ceuric respectfully requests that his motion to compel be granted and that BOS be required to comply with the subpoena within 30 days from the date an order is entered.

Respectfully submitted,

*/s/ Jennifer M. Solak*
Michael A. Josephson
PA Bar No. 308410
Andrew W. Dunlap
Texas Bar No. 24078444
(Admitted *Pro Hac Vice*)
adunlap@mybackwages.com
Jennifer M. Solak
Texas Bar No. 24060634
(Admitted *Pro Hac Vice*)
jsolak@mybackwages.com
**Josephson Dunlap Law Firm**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Telephone: 713-352-1100
Facsimile: 713-352-3300

AND

Joshua P. Geist (PA 85745)
josh@goodrichandgeist.com
**Goodrich & Geist, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Telephone: 412-766-1455
Facsimile: 412-766-0300

AND

Richard J. (Rex) Burch
Texas State Bar No. 24001807
(*Pending Pro Hac Vice*)
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

2

**Certificate of Conference**

I emailed counsel for BOS Solutions to attempt to resolve this matter by email or phone, but we were unable to do so. I also emailed counsel for Tier One and received permission to file the exhibit marked confidential.

/s/ Jennifer M. Solak
Jennifer M. Solak

**Certificate of Service**

I served the attached documents on BOS via email and certified mail, with a return receipt requested, on April 13, 2018. A copy is also being served on counsel for Defendant via the Court's electronic filing system.

/s/ Jennifer M. Solak
Jennifer M. Solak